IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA    ) | |
| ) | |
| v.    ) | Criminal No. 23-195 |
| ) | |
| MICHAEL APPLETON    ) | |

### ORDER OF COURT

AND NOW, this 22nd day of September, 2025, upon consideration of Defendant's Motion to Preserve Law Enforcement's Rough Notes, (Docket No. 50), and the Government's Response thereto, (*see* Docket No. 52 at 1), IT IS HEREBY ORDERED that Defendant's Motion is granted in part and denied in part as follows:

1. The Motion is granted to the extent Defendant requests the preservation of rough notes. *See United States v. Vella*, 562 F.2d 275, 276 (3d Cir. 1977) (holding that "the rough interview notes of F.B.I. agents should be kept and produced so that the trial court can determine whether the notes should be made available to the [defendant] under the rule of *Brady* . . . or the Jencks Act"); *United States v. Ammar*, 714 F.2d 238, 259 (3d Cir. 1983) (extending rule to require preservation of drafts of agents' reports). Here, the Government represents that it has advised its agents to preserve any notes they produced, (*see* Docket No. 52 at 1), and the Government's agents shall do so consistent with this Order.

2. The Motion is denied to the extent Defendant requests that the Government be ordered to "identify any such rough notes and writings that are unable to be

found, or were, in fact, destroyed since the inception of the investigation of this case, or any related investigation." (*See* Docket No. 50, ¶ 11). Defendant has not cited any precedent in support of this particular request, and the Court previously has denied a defendant's request for the same. *See United States v. Rodich*, Crim. No. 23-253, Docket No. 63 at 2, ¶ 1.b (citing *United States v. Woznichak*, Crim. No. 21-242, Docket No. 70 at 2, ¶ 2.b) (and further citing *United States v. Hitchcock*, No. 22-cr-180, 2023 WL 180081, at *7 (D. Minn. Jan. 13, 2023) (denying the defendant's request for the Government to provide an accounting of any rough notes that previously may have been destroyed) (citation omitted); *United States v. Ranallo*, No. 18-cr-285, 2019 WL 6975447, at *4 (D. Minn. Dec. 20, 2019) (same)).

*s/ W. Scott Hardy*  
W. Scott Hardy  
United States District Judge

cc/ecf:  All counsel of record